AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 13- MJ- 51 - RLB |
| | ) | |
| Jose Luis Najera-Aguilera | ) | |
| | ) | |
| _____ | | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 25, 2013_____ in the county of _____Ascension_____ in the
_____Middle_____ District of _____Louisiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Illegal Reentry Into the United States by a Removed Alien |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Rick Estopinal, ICE-HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  _____06/21/2013_____

_____
Judge's signature

City and state:  _____Baton Rouge, Louisiana_____

Richard L. Bourgeois, Jr., U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared Richard Estopinal, a Special Agent of the United States Department of Homeland Security – Homeland Security Investigations, who after being duly sworn, stated the following information to the best of his knowledge and belief:

1. I am a Special Agent with the United States Department of Homeland Security - Homeland Security Investigations ("HSI"), and have been so employed since the agency's inception in March, 2003. Prior to March, 2003, I served as a Special Agent with the Department of the Treasury - United States Customs Service from February 1987, through March, 2003. I am authorized to conduct investigations into administrative violations of aliens and nationality as codified under the Immigration and Nationality Act of 1952, criminal violations of alien and nationality as codified under Title 8 of the United States Code, as well as violations of Title 18 United States Code.

2. The following information is based upon your affiant's personal knowledge, as well as information and reports from agents and officers assisting your affiant in this investigation. It does not contain every fact known to me; rather, I have only included facts necessary for determining probable cause.

3. October 18, 2012, HSI Special Agents from Baton Rouge, Louisiana, received information from a source (the "source") alleging that a previously deported illegal alien by the name of JOSE LUIS NAJERA-AGUILERA was living in the Gonzales, Louisiana area. On 11/01/2012, the source told HSI Special Agents that JOSE LUIS NAJERA-AGUILERA lived in the Oak Village mobile home park on Louisiana Highway 30, about a mile from Airline Highway in Gonzales, Louisiana. The source also stated that JOSE LUIS NAJERA-AGUILERA drives a 2005 Ford F-150 pickup truck, white and beige in color.

4. On November 7, 2012, Louisiana State Police Investigators located a vehicle matching the description provided by the source at trailer # 33 in the Oak Village mobile home park. The vehicle had Louisiana license plate number X565831, which was registered to JOSE LUIS NAJERA-AGUILERA, 42421 Highway 30, Gonzales, Louisiana, 70737.

5. Immigration records checks for a JOSE LUIS NAJERA-AGUILERA showed that a person by that name was arrested in Pearland, Texas, on April 13, 2008, for possession of cocaine. Immigration records checks for JOSE LUIS NAJERA-

AGUILERA also showed that he was ordered removed from the United States to Mexico by an Immigration Judge on July 26, 2006. JOSE LUIS NAJERA-AGUILERA was deported to Mexico on July 27, 2006, via the Brownsville, Texas Port of Entry. HSI Special Agents obtained a photo of the JOSE LUIS NAJERA-AGUILERA that was previously deported from the United States and showed it to the source. The source confirmed that the person in the photo was the JOSE LUIS NAJERA-AGUILERA that lives in Gonzales, Louisiana.

6. Periodic surveillance of JOSE LUIS NAJERA-AGUILERA'S residence from November, 2012, until April, 2013, did not result in locating him.

7. In April 2013, HSI Special agents obtained information that JOSE LUIS NAJERA-AGUILERA was traveling to and from work on Interstate 10 between Baton Rouge and LaPlace, Louisiana. On April 25, 2013, HSI Special Agents, United States Border Patrol Agents and Louisiana State Police Investigators established surveillance on westbound Interstate 10 between LaPlace and Gonzales, Louisiana, in an attempt to locate JOSE LUIS NAJERA-AGUILERA's truck. At approximately 1730, JOSE LUIS NAJERA-AGUILERA's truck was located traveling westbound and occupied by two males. HSI Special Agents requested assistance from Ascension Parish Sheriff's Deputies to make a stop of the truck. At approximately 1810, Ascension Parish Sheriff's Deputies stopped JOSE LUIS NAJERA-AGUILERA'S truck at the intersection of Louisiana Highway 30 and Louisiana Highway 61 (Airline Highway) in Gonzales, Louisiana, a location within the Middle District of Louisiana.

8. At the time of the vehicle stop, HSI Special Agents identified the driver as JOSE LUIS NAJERA-AGUILERA and discovered that he was in possession of a Louisiana identification card bearing a false name.

9. The vehicle stop resulted in the arrests of JOSE LUIS NAJERA-AGUILERA and his brother, Uriel Alonso Najera-Aguilera, for the Louisiana State criminal violation of unlawful possession of fraudulent documents for identification purposes.

10. HSI Special Agents gave JOSE LUIS NAJERA-AGUILERA his *Miranda* warnings in Spanish. He acknowledged that he understood his rights by signing a waiver of *Miranda* rights form written in the Spanish language and agreed to answer questions. JOSE LUIS NAJERA-AGUILERA advised law enforcement agents that he was a citizen of Mexico, that he was in the United States illegally, and that he had been deported in 2006. JOSE LUIS NAJERA-AGUILERA also advised law enforcement agents that, later in 2006, he had paid a smuggler $1,800 to help him illegally re-enter the United States from Mexico near Presidio, Texas.

11. JOSE LUIS NAJERA-AGUILERA and Uriel Alonso Najera-Aguilera were both booked into Ascension Parish Prison for the Louisiana State criminal violation of unlawful possession of fraudulent documents for identification purposes.

12. Based upon the foregoing facts and circumstances, your Affiant has probable cause to believe, and does believe that JOSE LUIS NAJERA-AGUILERA has violated Title 8, United States Code, Section 1326(a).

Richard Estopinal, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me this 21st day of June, 2013, at Baton Rouge, Louisiana.

THE HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE